IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

    Plaintiff,                               2:06-cv-2804-GEB-GGH-P

    vs.

ARTHUR VAN COURT, et al.,

    Defendants.                        <u>ORDER</u>

_____/

        On April 27, 2007, plaintiff filed "objections," which the court will construe as a request for reconsideration of the magistrate judge's order filed April 12, 2007, dismissing plaintiff's complaint with leave to amend.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 12, 2007, is affirmed.

Dated:  May 4, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge