IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

        Plaintiff,                  No. CIV S-06-2804 GEB GGH P

    vs.

ARTHUR VAN COURT, et al.,

        Defendants.         ORDER

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of April 12, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 27, 2007 request for an extension of time is granted;

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint; and

        3. There will be no further extension of time.

DATED: 5/14/07

                              /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
brow2804.36