IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

     Plaintiff,                   No. CIV S-06-2804 GEB GGH P

   vs.

ARTHUR VAN COURT, et al.,

     Defendants.         <u>ORDER</u>

_____/

        On November 30, 2009, following the Ninth Circuit's affirmance of this court's dismissal of plaintiff's action, plaintiff filed a "Request for Judicial Notice," Docket No. 29. Plaintiff filed the same document in three of his other cases filed in this court, specifically, Civ. S-02-0214 MCE GGH (Docket No. 213) (scheduled for trial in March 2010); Civ. S-06-2680 LKK EFB (Docket No. 24) (remanded by the Ninth Circuit by Mandate filed Nov. 25, 2009); and Civ. S-08-661 LKK GGH (Docket No. 20) (in which plaintiff has filed a Second Amended Complaint).

        Since the instant civil rights action is closed, plaintiff's filing (Docket No. 29) is not one contemplated by the Federal Rules of Civil or Appellate Procedure. While the document

\\\\\

\\\\\

1  will be given due consideration in the cases that remain open, it will, in the instant case, be
2  disregarded.
3       SO ORDERED.
4  DATED: January 20, 2010

6                              /s/ Gregory G. Hollows
7                              United States Magistrate Judge